The application of the above-named defendant for a review of the sentence of 50 years for Deliberate Homicide; 10 years for Theft; to be served concurrently; DANGEROUS DESIGNATION, imposed on May 5, 1987, was fully heard and after a careful consideration of the entire matter it is decided that: the sentence shall remain the same as originally imposed.

We wish to thank Pat Wise of the Montana Defender Project for her assistance to the Defendant and to this Court.

DATED this 12th day of November, 1987.

### SENTENCE REVIEW DIVISION

Frank M. Davis, Chairman, Thomas C. Honzel, Douglas Harkin, Judges.

From: The District Court of the Eleventh Judicial District, County of Flathead, STATE OF MONTANA, Plaintiff vs. JACOB H. WOODS, Defendant.

### DECISION

No. DC-81-055

The application of the above-named defendant for a review of the sentence for Two Counts of Deliberate Homicide; 50 years on each count to be served concurrently; plus the Defendant shall be designated as a Dangerous Offender imposed on October 23, 1981, was fully heard and after a careful consideration of the entire matter it is decided that: This matter is continued until the next scheduled session of the Court.

The Court finds that the record is insufficient for any meaningful review. To supplement the record, the Court requests the Flathead County Attorney to formally reply to the Defendant's petition for review and include therein a copy of the Affidavit in support of his request to file an Information, and any other information he deems relevant.

The Secretary shall provide to the Flathead County Attorney a copy of the Defender Project's petition for review.

We wish to thank Dale Robbins of the Montana Defender Project for his assistance to the Defendant and to this Court.

DATED this 13th day of November, 1987.

### SENTENCE REVIEW DIVISION

Frank M. Davis, Chairman, Thomas C. Honzel, Douglas Harkin, Judges.

From: The District Court of the Eleventh Judicial District, County of Flathead, STATE OF MONTANA, Plaintiff vs. DENNIS GENE MATHES, Defendant.

## DECISION

No. 87-060(A)

The application of the above-named defendant for a review of the sentence of 20 years with 10 years suspended for Robbery plus 10 years with 7 years suspended for the use of a weapon; the sentences shall be served consecutively imposed on May 21, 1987, was fully heard and after a careful consideration of the entire matter it is decided that: the sentence shall remain the same as originally imposed.

We wish to thank Marvin Knapstad of the Montana Defender Project for his assistance to the Defendant and to this Court.

DATED this 13th day of November, 1987.

### SENTENCE REVIEW DIVISION

Frank M. Davis, Chairman, Thomas C. Honzel, Douglas Harkin, Judges.

From: The District Court of the Eighth Judicial District, County of Cascade, STATE OF MONTANA, Plaintiff vs. EUGENE F. BABCOCK, Defendant.

## DECISION

No. BDC-87-094

The application of the above-named defendant for a review of the sentence of 10 years with 5 years suspended for Forgery plus restitution of $1,532 within 2 years + conditions imposed on June 5, 1987, was fully heard and after a careful consideration of the entire matter it is decided that: the sentence shall remain the same as originally imposed.

We wish to thank Brant Light, Deputy County Attorney from Cascade County for appearing before the Sentence Review Board.

We wish to thank Robert Anderson of the Montana Defender Project for his assistance to the Defendant and to this Court.

DATED this 13th day of November, 1987.

### SENTENCE REVIEW DIVISION

Frank M. Davis, Chairman, Thomas C. Honzel, Douglas Harkin, Judges.

From: The District Court of the First Judicial District, County of Lewis & Clark, STATE OF MONTANA, Plaintiff vs. ROBERT WARREN RAYMOND, Defendant.

## DECISION

No. ADC-87-043